# United States District Court
# Central District of California

| | |
|---|---|
| STYLIOS ALTON TRACHANAS,<br><br>                 Plaintiff,<br><br>    v.<br><br>SYNDICATED OFFICE SYSTEMS, LLC, doing business as, CENTRAL FINANCIAL CONTROL,<br><br>                 Defendant. | Case No. 2:16-cv-2646-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

      In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 23, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

      **IT IS SO ORDERED.**

      September 23, 2016

                                                                    _____<br>                                                                      **OTIS D. WRIGHT, II**<br>                                                               UNITED STATES DISTRICT JUDGE